## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**BRANDON MCCAULEY**                                                                        **PLAINTIFF**

**V.**                      **CASE NO. 4:16-CV-00752  JM/BD**

**ED HOLLINGSWORTH, et al.**                                                               **DEFENDANTS**

### ORDER

On October 17, 2016, Brandon McCauley, an inmate being held in the Hot Spring County Detention Center ("Detention Center") filed a this complaint (docket entry #2) under 42 U.S.C. § 1983.  All of Mr. McCauley's claims concern conditions at the Detention Center.  (#2)

The Detention Center is located in Malvern, Arkansas, in the Western District of Arkansas.  The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a).  The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, Hot Springs Division, United States Courthouse, 100 Reserve Street, Room 347, Hot Springs, Arkansas, 71901-4143.

IT IS SO ORDERED, this 26th day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE